COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Veronica Lowe

Appellate case number:   01-16-00798-CV

Trial court case number:  2015-46034

Trial court:                       257th District Court of Harris County


Relator, Veronica Lowe, filed a petition for a writ of mandamus. Lowe also has filed a "Motion for Emergency Stay." The motion is **granted**. The trial court proceedings in Cause No. 2015-46034, *James Brumley v. Veronica Lowe*, pending in the 257th District Court of Harris County, Texas, are stayed. The stay is effective until disposition of Lowe's petition or further order of this Court.

The Court requests a response to the petition for a writ of mandamus from real party in interest, James Brumley. **The response, if any, is due no later than 10 days from the date of this order.**

It is so ORDERED.


Judge's signature: /s/ Terry Jennings

⊠  Acting individually     ☐  Acting for the Court

Date: October 7, 2016